# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CHANG WONG, on behalf of plaintiff and a class, | ) ) ) | |
| Plaintiff, | ) ) | 15-cv-848 |
| vs. | ) ) | Judge Matthew F. Kennelly |
| | ) | Magistrate Judge Mary M. Rowland |
| WHOLE FOODS MARKET GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Chang Wong, by and through his undersigned counsel of record, hereby dismisses with prejudice his claims against defendant Whole Foods Market Group, Inc. and dismisses without prejudice the class claims against defendant Whole Foods Market Group, Inc. in the above-styled and numbered action pursuant to Fed. R. Civ. P. 41. Defendant Whole Foods Market Group, Inc. stipulates to the dismissal.

s/ Ruth A. Bahe-Jachna
Ruth A. Bahe-Jachna
Francis A. Citera
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
baher@gtlaw.com
Telephone: (312) 456-8400
Fax: (312) 456-8435
*Attorneys for Defendant Whole Foods Market Group, Inc.*

s/ Emiliya G. Farbstein
Daniel Edelman
Cathleen Combs
James Latturner
Emiliya G. Farbstein
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
Telephone: (312) 739-4200
Fax: (312) 419-0379
*Attorneys for Plaintiff*

DATED this 12th of October, 2015.

## **CERTIFICATE OF SERVICE**

I, Emiliya G. Farbstein, certify that on October 12, 2015, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

Ruth A. Bahe-Jachna
baher@gtlaw.com

Francis A. Citera
citeraf@gtlaw.com

Brian Straw
strawb@gtlaw.com

                                            s/ Emiliya G. Farbstein
                                            Emiliya G. Farbstein